Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: marc.kalagian@rksslaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: MRobles@shookandstone.com

Attorneys for Plaintiff Beth Erin Lujan

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BETH ERIN L., Plaintiff, vs. FRANK BISIGNANO, Commissioner of Social Security, Defendant. | Case No.: 2:26-cv-01368-NJK<br><br>STIPULATION TO EXTEND TIME OF TIME TO FILE PLAINTIFF'S BRIEF AND ~~[PROPOSED]~~ ORDER<br><br>(FIRST REQUEST) |

Plaintiff Beth Erin Lujan and Frank Bisignano, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time from August 14, 2026 to September 10, 2026, for Plaintiff to file her brief with all other deadlines as per the Supplemental Rules for

Social Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil Procedure extended accordingly. This is Plaintiff's first request for an extension. Plaintiff's Counsel having several other motions due in a two-week period and an extension will allow additional time to properly address the issues within the administrative record.

DATE: August 6, 2026

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Marc V. Kalagian*[1]

BY: ______________________________
Marc V. Kalagian
Attorney for plaintiff Beth Erin Lujan

DATE: August 6, 2026

SIGAL CHATTAH
First Assistant United States Attorney

/s/ Christopher Vieira

BY: ______________________________

Christopher Vieira
Special Assistant United States Attorney
|*authorized by e-mail|

IT IS SO ORDERED.
Dated: August 7, 2026
.
.
______________________________
Nancy J. Koppe
United States Magistrate Judge

---

[1] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.